United States District Court
Southern District of Texas
**ENTERED**
September 19, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| MAXX LYMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIV. NO. 4:24-CV-00015 |
| | § | |
| TITAN GAS, LLC d/b/a | § | |
| CLEANSKY ENERGY, | § | |
| | § | |
| Defendant. | § | |

---

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

---

TO THE HONORABLE UNITED STATED DISTRICT JUDGE:

Before the Court is Plaintiff Maxx Lyman and Defendant Titan Gas, LLC d/b/a CleanSky Energy's, Joint Stipulation of Dismissal with Prejudice.

Upon being informed that the parties had reached a settlement, the Court entered a Conditional Dismissal Order on April 25, 2024. Pursuant to the Conditional Dismissal Order, this case was to be dismissed without prejudice, unless any party represents in writing filed with the Court on or before June 10, 2024, that the settlement could not be completely documented. No such writing was filed with the Court and the case was dismissed without prejudice.

Thereafter, a Joint Stipulation of Dismissal with Prejudice was filed on August 27, 2024. It is hereby,

**ORDERED** that no class certification has occurred in this case, nor is there a proposed class to be certified for purposes of settlement. It is further,

**ORDERED** that this case and all pending claims and counterclaims are **DISMISSED WITH PREJUDICE** and that each party shall bear their own costs and attorney's fees.

Signed on the <u>19th</u> day of September 2024.

George C. Hanks, Jr.
United States District Judge